# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAY STATE MILLING COMPANY AND ARISTA CEREAL TECHNOLOGIES PTY LIMITED,<br><br>        Plaintiffs,<br><br>v.<br><br>ARCADIA BIOSCIENCES, INC.,<br><br>        Defendant. | CA No. _____ |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 OF PLAINTIFF ARISTA CEREAL TECHNOLOGIES PTY LIMITED

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Arista Cereal Technologies Pty Limited certifies that:

1. Limagrain Céréales Ingrédients SA, French company, owns a majority of the stock of Plaintiff Arista Cereal Technologies Pty Limited, a nongovernmental Australian corporate party.

2. Groupe Limagrain Holding SA, a French company, owns a majority of the stock of Limagrain Céréales Ingrédients SA, a French company, a nongovernmental corporate party.

3. Société Coopérative Agricole Limagrain, a French company, owns a majority of the stock of Groupe Limagrain Holding SA.

Dated: April 1, 2019

/s/ *Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
BUCHANAN, INGERSOLL & ROONEY P.C.
919 North Market Street, Suite 990
Wilmington, Delaware 19801
Tel: (305) 552-4200
Fax.: (302) 552-4295
Email: geoffrey.grivner@bipc.com

Norman H. Zivin (to be admitted *pro hac vice*)
Tonia A. Sayour (to be admitted *pro hac vice*)
Gary J. Gershik (to be admitted *pro hac vice*)
Matthew M. Wilk (to be admitted *pro hac vice*)
COOPER & DUNHAM LLP
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 278-0400
Fax: (212) 391-0525
Email: nzivin@cooperdunham.com
tsayour@cooperdunham.com
ggershik@cooperdunham.com
mwilk@cooperdunham.com

Christopher L. North, Ph.D.
(to be admitted *pro hac vice*)
Todd R. Walters (to be admitted *pro hac vice*)
Michael V. O'Shaughnessy
(to be admitted *pro hac vice*)
BUCHANAN, INGERSOLL & ROONEY P.C.
1737 King Street, Suite 500
Alexandria, Virginia 22314
Tel.: (703) 836-6620
Fax: (703) 836-2021
Email: christopher.north@bipc.com
todd.walters@bipc.com
michael.oshaughnessy@bipc.com

*Attorneys for Plaintiffs*